# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-7592 ODW(JEMx) | Date | January 6, 2010 |
| Title | Farren Music America v. Oxygen Media, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order To Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution, Failure to Comply With L.R. 3-1 and Notice of the Court**

On October 19, 2009 the Court issued a Notice to Counsel Re Copyright, Patent, And Trademark Reporting Requirements [3] which gave notice that plaintiff's counsel was to comply with L.R. 3-1 within 10 days. As of the date of this order, no response by plaintiff has been filed.

Accordingly, Plaintiff is Ordered to Show Cause, in writing , why this action should not be dismissed for lack of prosecution, failure to comply with L.R. 3-1 and failure to comply with a Notice of the Court. A written response to this Order to Show Cause is due no later than **Friday, January 15, 2010.**

The Court will accept, as an appropriate response to this OSC, the filing of the documents described in the Notice to Counsel [3].

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

IT IS SO ORDERED.

                                                                                                 :      00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7592 ODW(JEMx) | Date | January 6, 2010 |
|---|---|---|---|
| Title | Farren Music America v. Oxygen Media, et al. | | |

Initials of Preparer     RGN