# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-1020 ODW(Ex) | Date | March 19, 2010 |
|---|---|---|---|
| Title | Gypsy 05, Inc. v. Max & Gino's Clothing Co., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution, Failure to Comply With L.R. 3-1 and Notice of the Court**

On **February 11, 2010** the court issued a Notice to Counsel Re Copyright, Patent, And Trademark Reporting Requirements [3] which gave notice that plaintiff's counsel was to comply with L.R. 3-1 within 10 days. As of the date of the date of this minute order, no response by plaintiff has been filed.

Accordingly, Plaintiff is Ordered to Show Cause, in writing, why this action should not be dismissed for lack of prosecution, failure to comply with L.R. 3-1 and failure to comply with a Notice of the Court. A written response to this Order to Show Cause is due no later than **Friday, March 26, 2010.**

The Court will accept, as an appropriate response to this OSC, the filing of the document(s) described in the Notice to Counsel [3].

No oral argument on this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |